

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Jordan K George-Bellitti | Ch. 7 |
| | | 25-10478-JEB |
| | Debtor | |

**Order**

**MATTER:**

#10 Motion filed by Debtor Jordan K George-Bellitti to Extend Time to Object to Discharge

Granted. The deadline for the United States Trustee, the Chapter 7 Trustee, or a creditor to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or for creditors to object to the dischargeability of certain debts under Section 523 of the Code is extended to **July 14, 2025**.

The Debtor shall 1) serve a copy of this Order upon all creditors; and 2) file a certificate of such service by **March 31, 2025**. If the Debtor fails to serve the Order, or file a certificate of service, the Court will take such action as is appropriate.

Dated: 03/27/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge